| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT  Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Wilson, Jr., William R | 2. Court or Organization  U. S. District Court | 3. Date of Report  9/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date 10/1/1993  ○ Initial   ● Annual   ○ Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address  600 West Capitol, Room 423  Little Rock, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only: see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2003 | Stephens, Inc. | 20,898 |

RECEIVED 2004 SEP -8 P 12: 51 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Wild Wings | Nov. 7 - 9, 2003, South Dakota Pheasant Hunt, Gregory, SD (transportation) |
| 2. | Sully Flats | Dec. 5 - 7, 2003, South Dakota Pheasant Hunt, Gregory, SD (transportation) |
| 3. | NITA | Jan. 12 - 18, 2003, Houston, TX (transportation & lodging) |
| 4. | American Bar Association | March 20 - 21, 2003, San Antonio, TX (transportation & meals) |
| 5. | New Judicial College | Sept. 15 - 17, 2003, Jackson Hole, WY (transportation) |
| 6. | FREE | Sept. 8 - 12, 2003, Gallatin Gateway, MT (transportation & meals) |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Manhattan | Suburu Motor Finance | J |
| 2. | One Banc | Firm Line of Credit | M |
| 3. | Chart Bank | Line of Credit | K |
| 4. | MBNA | Credit Card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 9/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date. Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.     Merrill Lynch: | | | | | | | | | |
| 2.   Conway, AR Pub Facs | | None | J | T | Transfer | 2/10 | J | | Transfer to Stephens, Inc. |
| 3.   Conway, AR Pub Facs | | None | | | sell | 6/27 | J | A | Stephens, Inc. |
| 4.   Federated Capital | | None | J | T | Transfer | 2/10 | J | | Transfer to Stephens, Inc. |
| 5.   Federated Capital | | None | | | sell | 5/30 | J | A | Stephens, Inc. |
| 6.   ML Global Allocation | | None | | | Sell | 1/30 | J | A | Merrill Lynch |
| 7.   Pioneer FD CL | | None | J | T | Transfer | 2/10 | J | | Transfer to Stephens, Inc. |
| 8.   Pioneer FD CL | | None | | | sell | 4/30 | J | A | Stephens, Inc. |
| 9.   ML Banking - Money Fund | A | Dividend | J | T | Transfer | 2/10 | J | | Transfer to Stephens, Inc. |
| 10.   Money Market Fund | A | Dividend | J | T | partial w/d | 2/11 | J | | Stephens, Inc. |
| 11.   Money Market Fund | A | Dividend | J | T | partial w/d | 2/18 | J | | Stephens, Inc. |
| 12.   Money Market Fund | A | Dividend | J | T | partial w/d | 3/7 | J | | Stephens, Inc. |
| 13.   Money Market Fund | A | Dividend | J | T | partial w/d | 4/2 | J | | Stephens, Inc. |
| 14.   Money Market Fund | | Dividend | J | | buy | 4/30 | J | | Stephens, Inc. |
| 15.   Money Market Fund | A | Dividend | J | T | partial w/d | 5/2 | J | | Stephens, Inc. |
| 16.   Money Market Fund | | Dividend | J | | buy | 5/30 | J | | Stephens, Inc. |
| 17.   Money Market Fund | A | Dividend | J | T | partial w/d | 6/4 | J | | Stephens, Inc. |
| 18.   Money Market Fund | | Dividend | J | | buy | 6/27 | J | | Stephens, Inc. |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,000-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children  See pp. 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Money Market Fund | A | Dividend | J | T | partial w/d | 7/1 | J | | Stephens |
| 20. Money Market Fund | A | Dividend | J | T | partial w/d | 8/1 | J | | Stephens, Inc. |
| 21. Money Market Fund | A | Dividend | | | Final W/D | 8/29 | J | A | Stephens, Inc. |
| 22. IRA: | | | | | | | | | |
| 23. U. S. Treasury | | None | L | T | Transfer | 2/10 | L | | Transfer to Stephens, Inc. |
| 24. U. S. Treasury | | None | K | T | Transfer | 2/10 | K | | Transfer to Stephens, Inc. |
| 25. John Hancock | | None | J | T | Transfer | 2/10 | J | | Transfer to Stephens, Inc. |
| 26. ML Large Cap Core | | None | | | sell | 2/4 | K | A | Merrill Lynch |
| 27. Money Market Fund | | None | K | | Buy | 2/5 | K | | Stephens, Inc. |
| 28. ICS ACCOUNT: | | | | | | | | | |
| 29. Centennial Money Market | A | Dividend | J | T | | | | | AG Edwards |
| 30. Centennial Money Market | | None | J | T | Part Redempt | 2/28 | J | | AG Edwards |
| 31. Centennial Money Market | A | Dividend | J | T | Part Redempt | 6/20 | J | | AG Edwards |
| 32. Centennial Money Market | A | Dividend | | | Redeem | 10/30 | J | A | AG Edwards |
| 33. Money Market Fund | | None | J | | Buy | 11/4 | J | | Stephens, Inc. |
| 34. GE Electric | A | Dividend | J | T | | | | | AG Edwards |
| 35. GE Electric | A | Dividend | J | T | Transfer | 11/4 | J | | Stephens, Inc. |
| 36. BAC Capital Trust | A | Dividend | J | T | | | | | AG Edwards |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 9/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. BAC Capital Trust | A | Dividend | J | T | Transfer | 11/4 | J | | Stephens, Inc. |
| 38. J P Morgan Chase | A | Dividend | J | T | Buy | 6/20 | J | | AG Edwards |
| 39. J P Morgan Chase | A | Interest | J | T | Transfer | 11/4 | J | | Stephens, Inc. |
| 40. Tennessee Valley Authority | A | Dividend | J | T | | | | | AG Edwards |
| 41. Tennessee Valley Authority | A | Interest | J | T | Transfer | 11/4 | J | | Stephens, Inc. |
| 42. RETIREMENT: | | | | | | | | | |
| 43. Centennial Money Market | | None | L | T | | | | | AG Edwards |
| 44. Centennial Money Market | | Dividend | | | Redeem | 6/20 | K | A | AG Edwards |
| 45. Money Market Fund | | None | J | | buy | 11/10 | J | | Stephens, Inc. |
| 46. Money Market Fund | | None | K | T | partial w/d | 12/23 | J | | Stephens, Inc. |
| 47. Altria Group | B | Dividend | J | T | | | | | AG Edwards |
| 48. Name change from Philip Morris to Altria Group | A | Dividend | J | T | Transfer | 1/30 | J | | AG Edwards |
| 49. Altria Group | B | Dividend | K | T | Transfer | 11/10 | K | | Stephens, Inc. |
| 50. Anheuser-Busch | A | Dividend | J | T | | | | | AG Edwards |
| 51. Anheuser-Busch | A | Dividend | J | T | Transfer | 11/10 | J | | Stephens, Inc. |
| 52. Archer-Daniels-Midland | A | Dividend | J | T | | | | | AG Edwards |
| 53. Archer-Daniels-Midland | A | Dividend | J | T | Transfer | 11/10 | J | | Stephens, Inc. |
| 54. Diageo PLC | A | Dividend | J | | Buy | 6/20 | J | | AG Edwards |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 9/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Diageo PLC | A | Dividend | J | T | Transfer | 11/10 | J | | Stephens, Inc. |
| 56. Intel Corp | A | Dividend | J | T | | | | | AG Edwards |
| 57. Intel Corp | A | Dividend | J | T | Transfer | 11/10 | J | | Stephens, Inc. |
| 58. Micron Technology, Inc. | | None | J | | buy | 12/23 | J | | Stephens, Inc. |
| 59. Philip Morris -- name change to Altria Group, Inc. | A | Dividend | J | T | Transfer | 1/30 | J | | AG Edwards |
| 60. General Electric | A | Dividend | J | T | | | | | AG Edwards |
| 61. General Electric | A | Dividend | J | T | Transfer | 11/10 | J | | Stephens, Inc. |
| 62. Tyson Foods | A | Dividend | J | T | | | | | AG Edwards |
| 63. Tyson Foods | A | Dividend | J | T | Transfer | 11/10 | J | | Stephens, Inc. |
| 64. Pfizer Inc | A | Dividend | J | T | | | | | AG Edwards |
| 65. Pfizer Inc | A | Dividend | J | T | Transfer | 11/10 | J | | Stephens, Inc. |
| 66. Washington Mutual, Inc. | | None | J | | Buy | 12/23 | J | | Stephens, Inc. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wilson. Jr., William R | 9/7/2004 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date _9/7/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Wilson, Jr., William R | 2. Court or Organization  U. S. District Court | 3. Date of Report  5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date 10/1/1993  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address  600 West Capitol; Room 423  Little Rock, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 21 P 12: 20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Stephens, Inc. | 20,898 |
| 2. | 2003 | Lawyer, Self-Employed | 40,000 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Wild Wings | Nov. 7 - 9, 2003, South Dakota Pheasant Hunt, Gregory, SD (transportation) |
| 2. | Sully Flats | Dec. 5 - 7, 2003, South Dakota Pheasant Hunt, Gregory, SD (transportation) |
| 3. | NITA | Jan. 12 - 18, 2003, Houston, TX (transportation & lodging) |
| 4. | American Bar Association | March 20 - 21, 2003, San Antonio, TX (transportation & meals) |
| 5. | New Judicial College | Sept. 15 - 17, 2003, Jackson Hole, WY (transportation) |
| 6. | FREE | Sept. 8 - 12, 2003, Gallatin Gateway, MT (transportation & meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Manhattan | Suburu Motor Finance | J |
| 2. | One Banc | Firm Line of Credit | M |
| 3. | Chart Bank | Line of Credit | K |
| 4. | Visa | Credit Card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Merrill Lynch: | | | | | | | | | |
| 2. Conway, AR Pub Facs | A | None | J | T | Transfer | 2/10 | J | A | Transfer to Stephens, Inc. |
| 3. | A | None | | | sell | 6/27 | J | A | Stephens, Inc. |
| 4. Federated Capital | A | None | J | T | Transfer | 2/10 | J | A | Transfer to Stephens, Inc. |
| 5. | A | None | | | sell | 5/30 | J | A | Stephens, Inc. |
| 6. ML Global Allocation | A | None | | | Sell | 1/30 | J | A | Merrill Lynch |
| 7. Pioneer FD CL | A | None | J | T | Transfer | 2/10 | J | A | Transfer to Stephens, Inc. |
| 8. | A | None | | | sell | 4/30 | J | A | Stephens, Inc. |
| 9. ML Banking - Money Fund | A | Dividend | J | T | Transfer | 2/10 | J | A | Transfer to Stephens, Inc. |
| 10. Money Market Fund | A | Dividend | J | T | partial w/d | 2/11 | J | A | Stephens, Inc. |
| 11. | A | Dividend | J | T | partial w/d | 2/18 | J | A | Stephens, Inc. |
| 12. | A | Dividend | J | T | partial w/d | 3/7 | J | A | Stephens, Inc. |
| 13. | A | Dividend | J | T | partial w/d | 4/2 | J | A | Stephens, Inc. |
| 14. | | Dividend | | | buy | 4/30 | J | | Stephens, Inc. |
| 15. | A | Dividend | J | T | partial w/d | 5/2 | J | A | Stephens, Inc. |
| 16. | | Dividend | | | buy | 5/30 | J | | Stephens, Inc. |
| 17. | A | Dividend | J | T | partial w/d | 6/4 | J | A | Stephens, Inc. |
| 18. | | Dividend | | | buy | 6/27 | J | | Stephens, Inc. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. | A | Dividend | J | T | partial w/d | 7/1 | J | A | Stephens |
| 20. | A | Dividend | J | T | partial w/d | 8/1 | J | A | Stephens, Inc. |
| 21. | A | Dividend | | | Final W/D | 8/29 | J | A | Stephens, Inc. |
| 22. IRA: | | | | | | | | | |
| 23. U. S. Treasury | C | None | L | T | Transfer | 2/10 | L | C | Transfer to Stephens, Inc. |
| 24. U. S. Treasury | B | None | K | T | Transfer | 2/10 | K | B | Transfer to Stephens, Inc. |
| 25. John Hancock | A | None | J | T | Transfer | 2/10 | J | A | Transfer to Stephens, Inc. |
| 26. ML Large Cap Core | A | None | | | sell | 2/4 | K | A | Merrill Lynch |
| 27. Money Market Fund | | | | | Buy | 2/5 | K | | Stephens, Inc. |
| 28. ICS ACCOUNT: | | | | | | | | | |
| 29. Centennial Money Market | A | Dividend | J | T | | | | | AG Edwards |
| 30. | A | None | J | T | Part Redempt | 2/28 | J | A | AG Edwards |
| 31. | A | Dividend | J | T | Part Redempt | 6/20 | J | A | AG Edwards |
| 32. | A | Dividend | | | Redeem | 10/30 | J | A | AG Edwards |
| 33. Money Market Fund | | None | | | Buy | 11/4 | J | | Stephens, Inc. |
| 34. GE Electric | A | Dividend | J | T | | | | | AG Edwards |
| 35. | A | Dividend | J | T | Transfer | 11/4 | J | A | Stephens, Inc. |
| 36. BAC Capital Trust | A | Dividend | J | T | | | | | AG Edwards |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | A | Dividend | J | T | Transfer | 11/4 | J | A | Stephens, Inc. |
| 38. J P Morgan Chase | A | Dividend | J | T | Buy | 6/20 | J | | AG Edwards |
| 39. | A | Interest | J | T | Transfer | 11/4 | J | A | Stephens, Inc. |
| 40. Tennessee Valley Authority | A | Dividend | J | T | | | | | AG Edwards |
| 41. | A | Interest | J | T | Transfer | 11/4 | J | A | Stephens, Inc. |
| 42. RETIREMENT: | | | | | | | | | |
| 43. Centennial Money Market | A | None | L | T | | | | | AG Edwards |
| 44. | A | Dividend | | | Redeem | 6/20 | K | A | AG Edwards |
| 45. Money Market Fund | | None | | | buy | 11/10 | J | | Stephens, Inc. |
| 46. | A | None | K | T | partial w/d | 12/23 | J | A | Stephens, Inc. |
| 47. Altria Group | B | Dividend | J | T | | | | | AG Edwards |
| 48. Name change from Philip Morris to Altria Group | A | Dividend | J | T | Transfer | 1/30 | J | A | AG Edwards |
| 49. | B | Dividend | K | T | Transfer | 11/10 | K | B | Stephens, Inc. |
| 50. Anheuser-Busch | A | Dividend | J | T | | | | | AG Edwards |
| 51. | A | Dividend | J | T | Transfer | 11/10 | J | A | Stephens, Inc. |
| 52. Archer-Daniels-Midland | A | Dividend | J | T | | | | | AG Edwards |
| 53. | A | Dividend | J | T | Transfer | 11/10 | J | A | Stephens, Inc. |
| 54. Diageo PLC | A | Dividend | | | Buy | 6/20 | J | | AG Edwards |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | A | Dividend | J | T | Transfer | 11/10 | J | A | Stephens, Inc. |
| 56. Intel Corp | A | Dividend | J | T | | | | | AG Edwards |
| 57. | A | Dividend | J | T | Transfer | 11/10 | J | A | Stephens, Inc. |
| 58. Micron Technology, Inc. | | None | | | buy | 12/23 | J | | Stephens, Inc. |
| 59. Philip Morris - name change to Altria Group, Inc. | A | Dividend | J | T | Transfer | 1/30 | J | A | AG Edwards |
| 60. General Electric | A | Dividend | J | T | | | | | AG Edwards |
| 61. | A | Dividend | J | T | Transfer | 11/10 | J | A | Stephens, Inc. |
| 62. Tyson Foods | A | Dividend | J | T | | | | | AG Edwards |
| 63. | A | Dividend | J | T | Transfer | 11/10 | J | A | Stephens, Inc. |
| 64. Pfizer Inc | A | Dividend | J | T | | | | | AG Edwards |
| 65. | A | Dividend | J | T | Transfer | 11/10 | J | A | Stephens, Inc. |
| 66. Washington Mutual, Inc. | | None | | | Buy | 12/23 | J | | Stephens, Inc. |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wilson, Jr., William R | 5/15/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date May 20, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544